## Hurd v. Dietz, Appellant.

Argued January 21, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*J. Webster Jones,* for appellant.

*Daniel G. Murphy,* for appellee, was not heard.

PER CURIAM, February 4, 1935:

The judgment is affirmed on the opinion of Judge LAMBERTON.